UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK D RIVES, JR, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-04567-JPH-TAB |
| JOHNNY WILSON, DENNIS BOYLE, CHRISTOPHER MYERS, MARK LUTHER, JOHN VAHLE, MARION COUNTY SHERIFF DEPARTMENT, | ) |
| Defendants. | ) |

**ENTRY DIRECTING FURTHER PROCEEDINGS**

Plaintiff's motion to proceed *in forma pauperis*, dkt. [3], is **DENIED as presented**. Since Plaintiff is a prisoner, he must submit a certified copy of his trust fund account statement for the six-month period preceding the filing of his complaint. 28 U.S.C. § 1915(a)(2). Plaintiff's motion contains a document titled "Official Notarized Certificate of Prisoner Account," but aside from his name and DOC number, it is blank. Dkt. 3.

Plaintiff shall have until **December 13, 2019**, in which renew his motion to proceed *in forma pauperis* by attaching a completed copy of this document stating the transactions associated with his institution trust account for the six-month period preceding the filing of this action on November 8, 2019. *See* 42 U.S.C. § 1915(a)(2). Otherwise, Plaintiff must pay the $400.00 filing fee.

**SO ORDERED.**

Date: 11/20/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

FRANK D RIVES, JR
852403
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

MIAMI E-FILE(COURT USE ONLY)
MIAMI CORRECTIONAL FACILITY (MCF)
Electronic Service Participant – Court Only